**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

CATHERYNNE KENDRICK,                                                         PLAINTIFF
ADC #708204

v.                                        No. 1:11CV00110 JLH-JTK

STEPHEN A. GILBERT, Sgt., McPherson Unit,
Arkansas Department of Correction, *et al*.                                  DEFENDANTS

<u>**JUDGMENT**</u>

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and

Adjudged that this case be, and it is hereby, DISMISSED without prejudice.  The relief sought is

denied.

IT IS SO ADJUDGED this 7th day of February, 2012.

_____

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE