## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

CATHERYNNE KENDRICK,                                                                                          PLAINTIFF
ADC #708204

v.                                          No. 1:11CV00110 JLH-JTK

STEPHEN A. GILBERT, Sgt., McPherson Unit,
Arkansas Department of Correction, *et al*.                                                         DEFENDANTS

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 7th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE